

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Danny Ray Cline, Appellant

No. 06-13-00004-CV          v.

Guaranty Bond Bank, et al., Appellees

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. 36,383). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Danny Ray Cline, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MAY 24, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk